# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Newport News Division

TALENTSCALE, INC.,

                                    Plaintiff(s),

v.                                                          CASE NO.   4:24cv33

AERY AVIATION, LLC,

                                    Defendant(s),

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court.
The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** judgment be entered against Respondent Aery
Aviation, LLC in the amount of $1,142,467.20

DATED:   October 9, 2024

FERNANDO GALINDO, Clerk          By_____/s/_____
                                 M. Reese, Deputy Clerk

A TRUE COPY. TESTE.
CLERK. U.S. DISTRICT COURT
BY_____
     DEPUTY CLERK

AO 132  (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ VIRGINIA

## EXEMPLIFICATION CERTIFICATE

I, _____ Fernando Galindo _____, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Judgment in a Civil Case entered on October 9, 2024, in case 4:24cv33

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at

_____ Norfolk _____ on _____ 12/16/24 _____
City                                                                    Date

Fernando Galindo _____          _____
Clerk                                     (By) Deputy Clerk

I, _____ Jamar K. Walker _____, a Judicial Officer of this Court, certify that _____ Fernando Galindo _____, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

12/16/24 _____          _____
Date                                     Signature of Judge

                                          United States District Judge
                                          Title

I, _____ Fernando Galindo _____, Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____ Jamar K. Walker _____, Judge

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at _____ Norfolk _____ in this State, on _____ 12/16/24 _____
City                                                                    Date

Fernando Galindo _____          _____
Clerk                                     (By) Deputy Clerk