UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| TALENTSCALE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AERY AVIATION, LLC,<br><br>Defendant. | Case No.<br>6:25-mc-3-CEM-RMN |

# ORDER

This matter is before the Court without oral argument on Judgement Debtor, Aery Aviation, LLC's, Motion for Protective Order (Dkt. 18). Plaintiff Talentscale, Inc., responded in opposition. Dkt. 19. Upon consideration, and for the reasons discussed below, the Motion is denied.

This miscellaneous case is solely for the purpose of registering a foreign judgment and issuing related writs of garnishment. The Judgment Debtor's motion for protective order does not make any showing that it is related to the writ of garnishment granted in this case. *See* Dkt. 10. In fact, the property at issue in this case is in Naples, Florida, which is located outside the geographic boundaries of the Orlando Division. *See* Local Rule 1.04(a).

Thus, the Motion is due to be denied without prejudice. If the Judgment Debtor wishes to move to quash the third-party subpoena issued in connection with the Eastern District of Virginia case[1] here in Florida, it must do so in the proper division, open a new miscellaneous case, and pay the appropriate filing fee. *See* Local Rule 1.04(b).

Accordingly, it is **ORDERED** that the Motion for Protective Order (Dkt. 18) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida, on October 21, 2025.

ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record

---

[1] The subpoena served in this case incorrectly identifies this Court and this case number. The subpoena should have been issued by the Court that rendered the judgment, the United States District Court for the Eastern District of Virginia. This order does not consider whether these errors render the subpoena unenforceable.